MAHONING COUNTY BAR ASSOCIATION *v.* MCNALLY.

[Cite as *Mahoning Cty. Bar Assn. v. McNally*, ___ Ohio St.3d ___,

**2019-Ohio-1308.**]

(No. 2017-1743—Submitted April 8, 2019—Decided April 9, 2019.)

ON APPLICATION FOR REINSTATEMENT.

_____

**{¶ 1}** This cause came on for further consideration upon the filing of an application for reinstatement by respondent, John Aloysius McNally IV, Attorney Registration No. 0067328, last known business address in Youngstown, Ohio.

**{¶ 2}** The court coming now to consider its order of September 18, 2018, wherein the court, pursuant to Gov.Bar R. V(12)(A)(3), suspended respondent for a period of one year, with six months stayed on condition, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(24).

**{¶ 3}** Therefore, it is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio.

**{¶ 4}** It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(D)(1) and that publication be made as provided for in Gov.Bar R. V(17)(D)(2).

**{¶ 5}** For earlier case, see *Mahoning Cty. Bar Assn. v. McNally*, 154 Ohio St.3d 292, 2018-Ohio-3719, 114 N.E.3d 147.

O'CONNOR, C.J., and KENNEDY, FRENCH, FISCHER, DEWINE, DONNELLY, and STEWART, JJ., concur.

_____